

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-18-00158-CV

IN RE MURRIN BROTHERS 1885,                                 RELATORS
LTD., ERI-BBTX, LLC, AND
CONCHO MINICK, INDIVIDUALLY
AND DERIVATIVELY ON BEHALF
OF BILLY BOB'S TEXAS
INVESTMENTS, LLC, PHILIP
MURRIN, AND COWTOWN
CONCESSIONS, INC., D/B/A RIVER
RANCH STOCKYARDS

----------

### ORIGINAL PROCEEDING
### TRIAL COURT NO. 348-292200-17

----------

## MEMORANDUM OPINION[1]

----------

The court has considered relators' petition for writ of mandamus, the real parties in interest's response, and the relators' reply and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus is denied.

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).

PER CURIAM

PANEL:  GABRIEL, J.; SUDDERTH, C.J.; and MEIER, J.

DELIVERED:  July 3, 2018